# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MATTHEW E. ORSO,

    Plaintiff,

v.                                          Case No: 8:21-mc-9-JSM-AAS

THOMAS SHAMBLIN,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 14). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 14) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment in Garnishment on South State Bank, N.A (Dkt. 13) is granted.

3. The Clerk is directed to enter Final Judgment for the Plaintiff as to the funds restrained by South State Bank, N.A. to satisfy the judgment of garnishment in the amount of $89,987.75 plus accrued interest.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of October, 2021.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record